# EXHIBIT A

| | |
|---|---|
| **SUMMONS** **(CITACION JUDICIAL)** | SUM-100 FOR COURT USE ONLY *(SOLO PARA USO DE LA CORTE)* |

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Cargo Aircraft Management, Inc. (CAM); Air Transport Services Group, Inc. (ATSG); and Does 1 to 50 inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Dean Soest individually and dba National Aircraft Services

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF KERN
AUG 28 2015
TERRY McNALLY, CLERK
BY _____, DEPUTY

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site *(www.lawhelpcalifornia.org)*, the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Kern County Superior Court
1415 Truxtun Avenue
Bakersfield, CA 93301

CASE NUMBER: *(Número del Caso):*
B-C-V-15-100645

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Olaf Arthur Landsgaard                         Law Offices of Olaf Landsgaard
P.O. Box 2567, 4171 Knox Avenue                (661) 256-9271
Rosamond, CA 93560

DATE: AUG 28 2015          Terry McNally          Clerk, by _____, Deputy
*(Fecha)*                  *(Secretario)*                                *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

SUMMONS

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Page 1 of 1

Soest, Dean 15-037

PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Olaf Arthur Landsgaard  125747<br>Law Offices of Olaf Landsgaard<br>P.O. Box 2567, 4171 Knox Avenue<br>Rosamond, CA 93560<br>TELEPHONE NO.: (661) 256-9271  FAX NO. (Optional): (661) 256-9212<br>E-MAIL ADDRESS (Optional): aerolex@qnet.com<br>ATTORNEY FOR (Name): Dean Soest, National Aircraft Services | FILED<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF KERN<br><br>AUG 11 2015<br><br>TERRY McNALLY, CLERK<br>BY _____, DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Kern
STREET ADDRESS: 1415 Truxtun Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: Bakersfield, CA 93301
BRANCH NAME: Central District, Metro branch

PLAINTIFF: Dean Soest individually and dba National Aircraft Services

DEFENDANT: Cargo Aircraft Management, Inc. (CAM); Air Transport Services Group, Inc. (ATSG); and Does 1 to 50 inclusive

☐ DOES 1 TO _____

CONTRACT
☒ COMPLAINT          ☐ AMENDED COMPLAINT (Number):
☐ CROSS-COMPLAINT    ☐ AMENDED CROSS-COMPLAINT (Number):

CASE MANAGEMENT CONFERENCE:
Hearing Date: 2-8-16
Time: 8:15 AM
Department: 17
See CRC Rule 3.720 Et. Seq.

Jurisdiction (check all that apply):
☐ ACTION IS A LIMITED CIVIL CASE
  Amount demanded ☐ does not exceed $10,000
                  ☐ exceeds $10,000 but does not exceed $25,000
☒ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint or cross-complaint
  ☐ from limited to unlimited
  ☐ from unlimited to limited

CASE NUMBER:
BCV-15-100495 LHB

1. Plaintiff* (name or names): Dean Soest individually and dba National Aircraft Services

   alleges causes of action against defendant* (name or names): Cargo Aircraft Management (CAM); Air Transport Services Group, Inc. (ATSG); and Does 1 to 50 inclusive

2. This pleading, including attachments and exhibits, consists of the following number of pages: Four
3. a. Each plaintiff named above is a competent adult
      ☐ except plaintiff (name):
        (1) ☐ a corporation qualified to do business in California
        (2) ☐ an unincorporated entity (describe):
        (3) ☐ other (specify):

   b. ☒ Plaintiff (name): Dean Soest
      a. ☒ has complied with the fictitious business name laws and is doing business under the fictitious name (specify):
         National Aircraft Services
      b. ☒ has complied with all licensing requirements as a licensed (specify): aircraft mechanic and pilot
   c. ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.
4. a. Each defendant named above is a natural person
      ☒ except defendant (name):                          ☒ except defendant (name):
        Cargo Aircraft Management, Inc. (CAM)              Air Transport Services Group, Inc. (ATSG)
        (1) ☐ a business organization, form unknown        (1) ☐ a business organization, form unknown
        (2) ☒ a corporation                                (2) ☒ a corporation
        (3) ☐ an unincorporated entity (describe):         (3) ☐ an unincorporated entity (describe):
        (4) ☐ a public entity (describe):                  (4) ☐ a public entity (describe):
        (5) ☐ other (specify):                             (5) ☐ other (specify):

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

COMPLAINT - Contract

Code of Civil Procedure, § 425.12

Soest, Dean 15-037

PLD-C-001

| SHORT TITLE: Soest v. CAM and ATSG, et. al. | CASE NUMBER: S-1500-CV- |
|---|---|

4. *(Continued)*
   b. The true names of defendants sued as Does are unknown to plaintiff.
      (1) [X] Doe defendants *(specify Doe numbers):* 1-50 were the agents or employees of the named defendants and acted within the scope of that agency or employment.
      (2) [X] Doe defendants *(specify Doe numbers):* 40-100 are persons whose capacities are unknown to plaintiff.
   c. [ ] Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d. [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. [ ] Plaintiff is required to comply with a claims statute, and
   a. [ ] has complied with applicable claims statutes, *or*
   b. [ ] is excused from complying because *(specify)*:

6. [ ] This action is subject to   [ ] Civil Code section 1812.10   [ ] Civil Code section 2984.4.

7. This court is the proper court because
   a. [X] a defendant entered into the contract here.
   b. [ ] a defendant lived here when the contract was entered into.
   c. [ ] a defendant lives here now.
   d. [X] the contract was to be performed here.
   e. [ ] a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. [ ] real property that is the subject of this action is located here.
   g. [ ] other *(specify)*:

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   [X] Breach of Contract /Account Stated
   [X] Common Counts
   [X] Other *(specify)*:

9. [ ] Other allegations:

10. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. [X] damages of: $ 76,219.58
    b. [X] interest on the damages
       (1) [ ] according to proof
       (2) [X] at the rate of *(specify):* ten percent per year from *(date)*: December 8, 2013
    c. [X] attorney's fees
       (1) [ ] of: $
       (2) [X] according to proof.
    d. [X] other *(specify)*: Such other relief as is just and proper

11. [X] The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: June 22, 2015

Olaf Arthur Landsgaard
(TYPE OR PRINT NAME)    ▶ *(signature)* (SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

PLD-C-001 [Rev. January 1, 2007]    **COMPLAINT - Contract**    Page 2 of 2

Marilyn Dean's ESSENTIAL FORMS™

Soest, Dean 15-037

PLD-C-001(1)

| SHORT TITLE: Soest v. CAM and ATSG, et. al. | CASE NUMBER: S-1500-CV- |
|---|---|

<u>First</u> CAUSE OF ACTION—Breach of Contract
(number)

ATTACHMENT TO ☒ Complaint ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

BC-1. Plaintiff *(name):* Dean Soest individually and dba National Aircraft Services

alleges that on or about *(date):* and between February 18, 2013 and December, 2013
a ☒ written ☐ oral ☐ other *(specify):*
agreement was made between *(name parties to agreement):* Dean Soest, dba National Aircraft Services and Cargo Aircraft Management, Inc. (CAM) & ATSG

☐ A copy of the agreement is attached as Exhibit A, or
☒ The essential terms of the agreement ☐ are stated in Attachment BC-1 ☒ are as follows *(specify):*
Manage, care, and repair a number of DC-8 Air Transport International planes located at the Mojave Air and Space Port in Kern County.

BC-2. On or about *(dates):* May 29, 2014
defendant breached the agreement by ☐ the acts specified in Attachment BC-2 ☒ the following acts *(specify):*
Failing and refusing to pay the invoice for work done by plaintiff in the amount of $76,219.58.

BC-3. Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or excused from performing.

BC-4. Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
☐ as stated in Attachment BC-4 ☒ as follows *(specify):*
$76,219.58 for parts, labor, care, and custody of several DC-8 aircraft provided by plaintiff.

BC-5. ☒ Plaintiff is entitled to attorney fees by an agreement or a statute
☐ of $
☒ according to proof.
BC-6. ☐ Other:

Page 3

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(1) [Rev. January 1, 2007]

Martin Dean's
ESSENTIAL FORMS™

CAUSE OF ACTION—Breach of Contract

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

Soest, Dean 15-037

PLD-C-001(2)

| SHORT TITLE: Soest v. CAM and ATSG, et. al. | CASE NUMBER: S-1500-CV- |
|---|---|

**Second** (number)   **CAUSE OF ACTION–Common Counts**

ATTACHMENT TO ☐ Complaint ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

CC-1. Plaintiff *(name):* Dean Soest individually and dba National Aircraft Services

alleges that defendant *(name):* Cargo Aircraft Management, Inc. (CAM); Air Transport (ATSG); and Does 1-10

became indebted to ☒ plaintiff ☐ other *(name):*

a. ☒ within the last four years
   (1) ☒ on an open book account for money due.
   (2) ☐ because an account was stated in writing by and between plaintiff and defendant in which it was agreed that defendant was indebted to plaintiff.

b. ☒ within the last ☐ two years ☒ four years
   (1) ☐ for money had and received by defendant for the use and benefit of plaintiff.
   (2) ☒ for work, labor, services and materials rendered at the special instance and request of defendant and for which defendant promised to pay plaintiff.
       ☒ the sum of $ 76,219.58
       ☐ the reasonable value.
   (3) ☒ for goods, wares, and merchandise sold and delivered to defendant and for which defendant promised to pay plaintiff
       ☒ the sum of $ 76,219.58
       ☐ the reasonable value.
   (4) ☐ for money lent by plaintiff to defendant at defendant's request.
   (5) ☐ for money paid, laid out, and expended to or for defendant at defendant's special instance and request.
   (6) ☒ other *(specify):*
       Finders fee for obtaining buyer of aircraft.

CC-2. $ 76,219.58 , which is the reasonable value, is due and unpaid despite plaintiff's demand, plus prejudgment interest ☐ according to proof ☒ at the rate of ten percent per year from *(date):* December 1, 2013

CC-3. ☒ Plaintiff is entitled to attorney fees by an agreement or a statute
       ☐ of $
       ☒ according to proof.

CC-4. ☐ Other:

Page 4

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(2) [Rev. January 1, 2009]
MarthaDean's
ESSENTIAL FORMS

CAUSE OF ACTION- Common Counts

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

Soest, Dean 15-037

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>— Olaf Arthur Landsgaard 125747<br>Law Offices of Olaf Landsgaard<br>P.O. Box 2567, 4171 Knox Avenue<br>Rosamond, CA 93560<br>   TELEPHONE NO.: (661) 256-9271   FAX NO.: (661) 256-9212<br>ATTORNEY FOR *(Name)*: Dean Soest, National Aircraft Services | FOR COURT USE ONLY<br><br>FILED<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF KERN<br><br>AUG 11 2015<br><br>TERRY McNALLY, CLERK<br>BY _____, DEPUTY |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Kern
STREET ADDRESS: 1415 Truxtun Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: Bakersfield, CA 93301
BRANCH NAME: Central District, Metro branch

CASE NAME: Soest v. CAM and ATSG, et. al.

| CIVIL CASE COVER SHEET<br>[X] Unlimited   [ ] Limited<br>(Amount       (Amount<br>demanded     demanded is<br>exceeds $25,000) $25,000 or less) | Complex Case Designation<br>[ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CASE NUMBER: BCV-15-100695-LHB<br>JUDGE: LHB<br>DEPT.: |
|---|---|---|

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation |
|---|---|---|
| [ ] Auto (22) | [ ] Breach of contract/warranty (06) | (Cal. Rules of Court, rules 3.400-3.403) |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Antitrust/Trade regulation (03) |
| Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort | [X] Other collections (09) | [ ] Construction defect (10) |
| [ ] Asbestos (04) | [ ] Insurance coverage (18) | [ ] Mass tort (40) |
| [ ] Product liability (24) | [ ] Other contract (37) | [ ] Securities litigation (28) |
| [ ] Medical malpractice (45) | Real Property | [ ] Environmental/Toxic tort (30) |
| [ ] Other PI/PD/WD (23) | [ ] Eminent domain/Inverse condemnation (14) | [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| Non-PI/PD/WD (Other) Tort | [ ] Wrongful eviction (33) | Enforcement of Judgment |
| [ ] Business tort/unfair business practice (07) | [ ] Other real property (26) | [ ] Enforcement of judgment (20) |
| [ ] Civil rights (08) | Unlawful Detainer | Miscellaneous Civil Complaint |
| [ ] Defamation (13) | [ ] Commercial (31) | [ ] RICO (27) |
| [ ] Fraud (16) | [ ] Residential (32) | [ ] Other complaint *(not specified above)* (42) |
| [ ] Intellectual property (19) | [ ] Drugs (38) | Miscellaneous Civil Petition |
| [ ] Professional negligence (25) | Judicial Review | [ ] Partnership and corporate governance (21) |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | [ ] Other petition *(not specified above)* (43) |
| Employment | [ ] Petition re: arbitration award (11) | |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [ ] Other employment (15) | [ ] Other judicial review (39) | |

2. This case [ ] is  [X] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties   d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence   f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply)*: a. [X] monetary   b. [ ] nonmonetary; declaratory or injunctive relief   c. [ ] punitive
4. Number of causes of action *(specify)*: Two
5. This case [ ] is  [X] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: June 22, 2015

Olaf Arthur Landsgaard
(TYPE OR PRINT NAME)                                           (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007]<br>*Martin Dean's*<br>ESSENTIAL FORMS™ | CIVIL CASE COVER SHEET | Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov |
|---|---|---|

Soest, Dean 15-037

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF KERN
## ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION PACKAGE

Most civil disputes are resolved without filing a lawsuit and most civil lawsuits are resolved without the necessity of a trial. The courts, community organizations and private providers offer a variety of ADR processes to help people resolve disputes without a trial. Kern County Superior Court encourages, and under certain circumstances may require, parties to try ADR before trial. Courts have also found ADR to be beneficial when used early in the case process.

Below is some information about the potential advantages and disadvantages of ADR, the most common types of ADR, and how to find a local ADR program or neutral. You may find more information about these ADR processes at http://www.courts.ca.gov/programs/adr.htm.

### Possible Advantages and Disadvantages

ADR may have a variety of advantages or disadvantages over a trial, depending on the type of ADR process used as well as the particular type of case involved:

**Possible Advantages:** Saves time; saves money; gives the parties more control over the dispute resolution process and outcome; helps to preserve and/or improve party relationships.

**Possible Disadvantages:** May add additional cost to the litigation if ADR does not resolve the dispute; procedures such as discovery, jury trial, appeals, and other protections may be limited or unavailable.

### Most Common Types of ADR

**Mediation:** A neutral person, or "mediator," helps the parties communicate in an effective and constructive manner so the parties can try to resolve their dispute. The mediator does not decide the outcome, but helps the parties to do so. Mediation is generally confidential, and may be particularly useful where on going relationships are involved, such as between family members, neighbors, employers/employees or business partners.

**Settlement Conferences:** A judge or another neutral person assigned by the court helps the parties to understand the strengths and weaknesses of their case and to discuss settlement. The judge or settlement conference neutral does not make a decision in the case but helps the parties to negotiate a settlement. Settlement conferences may be particularly helpful when the parties have very different views about the likely outcome of a trial in their case.

**Neutral Evaluation:** The parties briefly and informally present their facts and arguments to a neutral person who is often an expert in the subject matter of the dispute. The neutral does not decide the outcome of the dispute, but helps the parties to do so by providing them with a non-binding opinion about the strengths, weaknesses and likely outcome of their case. Depending on the neutral evaluation process and the parties' consent, the neutral may then help the parties try to negotiate a settlement. Neutral evaluation may be appropriate if the parties desire a neutral's opinion about how the case might be resolved at trial, if the primary dispute is about the amount of damages, or if there are technical issues the parties would like a neutral expert to resolve.

**Arbitration:** The parties present evidence and arguments to a neutral person, or "arbitrator," who then decides the outcome of the dispute. Arbitration is less formal than a trial, and the rules of evidence are generally more

| | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF KERN<br>BAKERSFIELD COURT<br>1415 TRUXTUN AVENUE<br>BAKERSFIELD CA 93301 | FILED<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF KERN<br>AUG 13 2015<br>TERRY McNALLY, CLERK<br>BY _____, DEPUTY |
| PLAINTIFF/PETITIONER:<br>  DEAN SOEST<br>DEFENDANT/RESPONDENT:<br>  CARGO AIRCRAFT MANAGEMENT, INC. (CAM)<br>  AIR TRANSPORT SERVICES GROUP, INC. (ATSG) | |
| NOTICE OF ORDER TO SHOW CAUSE RE CRC 3.110 AND NOTICE OF ASSIGNMENT | CASE NUMBER:<br>BCV-15-100695 |

TO PLAINTIFF AND PLAINTIFF'S COUNSEL:

You are ordered to appear on November 30, 2015 at 830 AM in Department/Division 17 of the above entitled court to give any legal reason why sanctions shall not be imposed for failure to serve the complaint on all named defendants and file proof(s) of service with the court within sixty (60) days after the filing of the complaint pursuant to California Rules of Court, Rule 3.110. All appearances are mandatory, unless the required proof(s) of service are received by the court five (5) court days prior to the hearing date, and then no appearance is necessary.

By order of the Presiding Judge, the above entitled case is assigned to the Honorable Lorna H. Brumfield for all purposes. It will be managed in Department/Division 17 until its conclusion. Peremptory challenges, if any, must be made within the times set forth in CCP §170.6.

Please include the initials LHB after the case number on all future pleadings filed in this case.

Date: August 13, 2015

TERRY MCNALLY
CLERK OF THE SUPERIOR COURT
By: _____
Kasey Griffith, Deputy Clerk

RECEIVED
SEP 02 2015

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Olaf Arthur Landsgaard    125747<br>Law Offices of Olaf Landsgaard<br>P.O. Box 2567, 4171 Knox Avenue<br>Rosamond, CA 93560<br>TELEPHONE NO.: (661) 256-9271   FAX NO. *(Optional):* (661) 256-9212<br>E-MAIL ADDRESS *(Optional):* aerolex@qnet.com<br>ATTORNEY FOR *(Name):* Dean Soest, National Aircraft Services | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Kern<br>STREET ADDRESS: 1415 Truxtun Avenue<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Bakersfield, CA 93301<br>BRANCH NAME: Central District, Metro branch | |
| PLAINTIFF/PETITIONER: Dean Soest individually and dba National Aircraft Services<br>DEFENDANT/RESPONDENT: Cargo Aircraft Management, Inc.(CAM), Air Transport Services Group, Inc. (ATSG); and Does 1 to 50,incl | CASE NUMBER:<br>BCV-15-100695-LHB |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☒ summons
   b. ☒ complaint
   c. ☒ Alternative Dispute Resolution (ADR) package
   d. ☒ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☐ other *(specify documents)*:

3. a. Party served *(specify name of party as shown on documents served)*:
   Air Transport Services Group, Inc. (ATSG)

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   145 Hunter Drive
   Wilmington, OH. 45177

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)* :   (2) at *(time)* :
   b. ☐ **by substituted service.** On *(date)* :   at *(time)* :   I left the documents listed in item 2 with or In the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)* :   from *(city)*:   or ☐ a declaration of mailing is attached.
   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

Martin Dean's ESSENTIAL FORMS™

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

Soest, Dean 15-037

| PLAINTIFF/PETITIONER: Dean Soest individually and dba National Aircraft Services | CASE NUMBER: BCV-15-100695-LHB |
|---|---|
| DEFENDANT/RESPONDENT: Cargo Aircraft Management, Inc. (CAM) | |

5. c. [X] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in Item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   (1) on *(date)*: December 16, 2015    (2) from *(city)*: Rosamond, CA., Kern County
   (3) [X] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.) (Code Civ. Proc., § 415.30.)
   (4) [X] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
   d. [ ] **by other means** *(specify means of service and authorizing code section)*:

   [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify)* :
   c. [ ] as occupant.
   d. [X] On behalf of *(specify)*: Air Transport Services Group, Inc. (ATSG)
      under the following Code of Civil Procedure section:
      [X] 416.10 (corporation)                     [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)             [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association) [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership)      [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)                   [ ] 415.46 (occupant)
                                                   [ ] other:

7. **Person who served papers**
   a. Name: Christine Froehlich
   b. Address: P.O. Box 2567, 4171 Knox Avenue, Rosamond, CA. 93560
   c. Telephone number: (661) 256-9271
   d. The fee for service was: $ 0.00
   e. I am:
      (1) [X] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [ ] registered California process server:
         (i) [ ] owner  [ ] employee  [ ] independent contractor.
         (ii) Registration No.:
         (iii) County:

8. [X] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: December 16, 2015

Christine Froehlich
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ _____ (SIGNATURE)

POS-010 [Rev. January 1, 2007]
Martin Dean's
ESSENTIAL FORMS

**PROOF OF SERVICE OF SUMMONS**

Page 2 of 2

Soest, Dean 15-037

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Olaf Arthur Landsgaard                    125747<br>Law Offices of Olaf Landsgaard<br>P.O. Box 2567, 4171 Knox Avenue<br>Rosamond, CA 93560<br>TELEPHONE NO.: (661) 256-9271    FAX NO.*(Optional)*: (661) 256-9212<br>E-MAIL ADDRESS *(Optional)*: aerolex@qnet.com<br>ATTORNEY FOR *(Name)*: Dean Soest, National Aircraft Services | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Kern
STREET ADDRESS:   1415 Truxtun Avenue
MAILING ADDRESS:
CITY AND ZIP CODE:   Bakersfield, CA 93301
BRANCH NAME:   Central District, Metro branch

PLAINTIFF/PETITIONER: Dean Soest individually and dba National Aircraft Services

DEFENDANT/RESPONDENT: Cargo Aircraft Management, Inc. (CAM); Air Transport Services Group, Inc. (ATSG); and Does 1 to 50 inclusive

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL**

CASE NUMBER:
BCV-15-100695- LHB

TO *(insert name of party being served)*: Air Transport Services Group, inc. (ATSG)

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: December 16, 2015

Christine V. Froehlich
(TYPE OR PRINT NAME)                                         ▶ *(signature)* (SIGNATURE OF SENDER-MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing)* :
1. [X] A copy of the summons and of the complaint.
2. [X] Other *(specify)* :
   Civil Case Cover Sheet, ADR Package

*(To be completed by recipient)* :

Date this form is signed:

▶

(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY, ON WHOSE BEHALF THIS FORM IS SIGNED)     (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]   Martin Dean's ESSENTIAL FORMS™

NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

Soest, Dean 15-037