# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN SOEST,<br><br>             Plaintiffs,<br><br>    v.<br><br>CARGO AIRCRAFT MANAGEMENT, INC, et al.,<br><br>             Defendants. | Case No.: 1:16-cv-00074 LJO JLT<br><br>ORDER REASSIGNING CASE<br><br>Old Case Number: 1:16-cv-00074 LJO JLT<br><br>New Case Number: 1:16-cv-00074 JLT |

At the scheduling conference, Plaintiff, through counsel, indicated his willingness to consent to Magistrate Judge jurisdiction for all further proceedings in this case, including trial and entry of final judgment, in accordance with 28 U.S.C. § 636(c)(1). Defendants have filed their consent as well. (Doc. 12) Accordingly, the Court **ORDERS**:

    1.    This case is REASSIGNED to Jennifer L. Thurston, Magistrate Judge, for all future proceedings and RENUMBERED as 1:16-cv-00074 LJO JLT. The parties shall use this number in all future filings.

IT IS SO ORDERED.

    Dated:   **February 24, 2016**           /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE