# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN SOEST,<br><br>  Plaintiffs,<br><br> v.<br><br>CARGO AIRCRAFT MANAGEMENT, INC., et al.,<br><br>  Defendants.<br><br>AND RELATED CROSS-CLAIMS | Case No.: 1:16-cv-0074- JLT<br><br>ORDER DIRECTING THE CLERK TO CLOSE THE ACTION<br><br>(Doc. 16) |

The parties in this action stipulated to dismiss the action with prejudice, "including all claims and counterclaims stated." (Doc. 16 at 2) Under Fed.R.Civ.P. 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Pursuant to the terms of the stipulation, **IT IS HEREBY ORDERED**:

1. The action is **DISMISSED WITH PREJUDICE**; and
2. The Clerk of Court **IS DIRECTED** to close this action because the stipulation terminates the action in its entirety.

IT IS SO ORDERED.

Dated: **March 13, 2017**          **/s/ Jennifer L. Thurston**
                    UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28